# United States District Court

_____ DISTRICT OF _____

MICHAEL J. ATKIN and
JUDITH ATKIN

V.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30106-KPN

TO: (Name and address of defendant)

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
175 Berkeley Street
Boston, MA 02116-5066

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George W. Marion
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700, Box 15507
Springfield, MA 01115-5507

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

_Mary Finn_
_____
(BY) DEPUTY CLERK

_June 2, 2004_
_____
DATE

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

June 22, 2004

I hereby certify and return that on 6/17/2004 at 12:05:00 PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to K. Burke, Legal Sec, for Liberty Life Assurance Company of Boston, at , 175 Berkeley Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    Daniel Murray

Deputy Sheriff

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.