UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSETTS

MICHAEL ATKIN and JUDITH ATKIN

    Plaintiffs,

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

    Defendant.

Civil Action No.: 04 – 30106 - KPN

## ASSENTED TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), respectfully requests, with the assent of the Plaintiffs, that it be granted a brief extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including Wednesday, July 28, 2004. As grounds for this motion, Liberty Life states that additional time is needed to review the documents in this case and investigate Plaintiffs' claims brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq., in order to adequately answer or otherwise respond to the Complaint.

On behalf of Liberty Life, the undersigned counsel has conferred with George Marion, counsel for Plaintiffs, who has given his assent on behalf of Plaintiffs.

WHEREFORE, Liberty Life respectfully requests that it be granted an extension of time, up to and including July 28, 2004, to answer or otherwise respond to the Complaint.

ASSENTED TO AND AGREED TO BY:

George W. Marion, Esq.,
Attorney for Plaintiffs

By:     /s/ George W. Marion (RWP)
    George W. Marion, BBO# 320450
    Bulkley, Richardson and Gelinas, LLP
    1500 Main Street, Suite 2700, Box 15507
    Springfield, MA  01115-5507

Date: July1, 2004

        Respectfully submitted,

        LIBERTY LIFE ASSURANCE COMPANY
        OF BOSTON,

        By its attorneys,

Dated:  June 1, 2004
        /s/ Richard W. Paterniti
        Andrew C. Pickett (BBO#549872)
        Richard W. Paterniti (BBO#645170)
        JACKSON LEWIS LLP
        One Beacon Street, Suite 3300
        Boston, Massachusetts 02108
        (617) 367-0025

## CERTIFICATE OF SERVICE

A copy of the above document was served this 1st day of July, 2004, by first class mail, postage prepaid, on attorney for the Plaintiff, George W. Marion, Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Suite 2700, Box 15507, Springfield, MA 01115-5507.

        /s/ Richard W. Paterniti
        Jackson Lewis LLP

3

H:\PickettA\Active Clients\Liberty Life Assurance\Atkin\Pleading\Assented to Mot to Extend Time to Ans Complaint.doc