UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSETTS

MICHAEL ATKIN and JUDITH ATKIN

       Plaintiffs,

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

       Defendant.

Civil Action No.: 04 – 30106 - KPN

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties to the above-captioned matter have conferred and now submit this joint statement pursuant to Local Rule 16.1 of the United States District Court, District of Massachusetts and the Court's Notice of Scheduling Conference. The parties' proposed schedule is based on Defendant's agreement to produce the Administrative Record that it reviewed when it decided whether Plaintiff was entitled to the waiver of premium benefit under the group life insurance policy as well as the relevant plan documents. Other than these documents, no other discovery is necessary prior to filing motions for summary judgment in this case, because this case is solely concerned with a denial of the waiver of premium benefit under a group life insurance policy under the Employee Income Retirement Security Act, 29 U.S.C. §1001 ("ERISA").

### Proposed Pretrial Schedule

October 15, 2004       Administrative Record and relevant plan documents produced to Plaintiff

| | |
|---|---|
| October 29, 2004 | Deadline for Plaintiff to provide notice to Defendant if he claims that the record is incomplete or inaccurate |
| November 15, 2004 | Deadline for parties to confer to attempt to agree on record, if Plaintiff provides notice as discussed above |
| November 30, 2004 | Deadline to file "Agreed Upon Record" |
| December 15, 2004 | Deadline to file motions concerning any additional material the parties seek to have added to the record |
| January 15, 2005 | Deadline to file oppositions to motions to add to the record |
| November 15, 2004 | Deadline for parties to confer regarding the applicable scope of judicial review |
| November 30, 2004 | Deadline to file motions regarding applicable scope of judicial review |
| December 15, 2004 | Deadline for filing motions showing cause for discovery, if any party seeks any further discovery |
| January 14, 2005 | Deadline for oppositions to motions for discovery |
| March 30, 2005 | Deadline for filing summary judgment motions based on Administrative Record, if any party determines that such a motion is appropriate. |
| April 29, 2005 | Deadline for filing oppositions to summary judgment motions |
| May 16, 2005 | Deadline for filing reply brief to any opposition to motions for summary judgment |
| July 15, 2005 | Hearing and Status Conference regarding summary judgment motions and remaining pre-trial schedule, should summary judgment motion not be allowed. |

## SETTLEMENT

Plaintiff submitted an informal settlement proposal on Thursday, September 2, 2004. The parties have been unable to reach any agreement on settlement as of this date.

## CERTIFICATIONS

Local Rule 16.1(D)(3) certifications will be filed by the parties under separate cover. The parties have not agreed to have a trial in front of a Magistrate Judge.

WHEREFORE, the parties respectfully request that the Court approve their Proposed Pretrial Schedule, with such amendments as the Court deems just and proper.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON
By its attorneys,

/s/ Richard W. Paterniti
Andrew C. Pickett, BBO# 549872
Richard W. Paterniti, BBO #645170
JACKSON LEWIS LLP
One Beacon Street, 33rd floor
Boston, MA 02108
(617) 367-0025

Dated: September 7, 2004

MICHAEL J. ATKIN AND JUDITH M. ATKIN
By their attorney,

/s/ George Marion (by RWP)
George W. Marion, BBO # 320450
BULKLEY, RICHARDSON AND GELINAS, LLP
1500 Main Street, Suite 2700, Box 15507
Springfield, MA  01115-5507
(413) 781-2820

Dated: September 7, 2004

## CERTIFICATE OF SERVICE

A copy of the above document was served this 7th day of September, 2004, by first class mail, postage prepaid, on attorney for the Plaintiff, George Marion, Esq., BULKLEY, RICHARDSON AND GELINAS, LLP, 1500 Main Street, Suite 2700, Box 15507, Springfield, MA 01115-5507.

/s/ Richard W. Paterniti
Jackson Lewis LLP