UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSETTS

MICHAEL ATKIN and JUDITH ATKIN

      Plaintiffs,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

      Defendant.

Civil Action No.: 04 – 30106 - KPN

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), and the undersigned counsel for Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

    a.    with a view to establishing a budget for the cost of this litigation; and

    b.    to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

_____
Sascha Blom
Liberty Life Assurance Company
of Boston

_____
Andrew C. Pickett, BBO# 549872
Richard Paterniti, BBO #645170
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025