-1-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-30106-KPN

| | |
|---|---|
| MICHAEL J. ATKIN and<br>JUDITH M. ATKIN,<br>    Plaintiffs<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CERTIFICATION OF PLAINTIFFS<br>AND PLAINTIFFS' COUNSEL<br>PURSUANT TO LOCAL RULE 16 |

The plaintiffs, Michael and Judith Atkin, and their counsel, Bulkley, Richardson and Gelinas, LLP, hereby certify that, pursuant to Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts, they have conferred regarding the following matters:

(a) the establishment of a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The Plaintiffs
MICHAEL and JUDITH ATKIN
By Their Attorneys:

_/s/ George W. Marion_
George W. Marion, BBO #320450
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
(413) 781-2820; (413) 272-6802 (Fax)

Date: September 7, 2004

_/s/ Michael J. Atkin_
Michael J. Atkin

_/s/ Judith Atkin_
Judith Atkin

-2-

## Certificate of Service

    I, George W. Marion, attorney for the plaintiffs, Michael J. Atkin and Judith Atkin, in this above matter, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on September 7, 2004.

_____
George W. Marion