## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MICHAEL ATKIN AND JUDITH ATKIN,
    Plaintiff

                      CIVIL ACTION NO. 04-30106-KPN

V.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
    Defendant

### SETTLEMENT ORDER OF DISMISSAL

NEIMAN, U.S.M.J.:

    The Court having been advised on December 15, 2004 that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

                                        By the Court,

December 16, 2004                         /s/ Mary Finn
    Date                                            Deputy Clerk