UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-30106-KPN

| | | |
|---|---|---|
| MICHAEL J. ATKIN, et al. | ) | |
|     Plaintiffs | ) | |
| | ) | STIPULATED MOTION TO |
| v. | ) | EXTEND SETTLEMENT ORDER |
| | ) | OF DISMISSAL |
| LIBERTY LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON, | ) | |
|     Defendant | ) | |

The plaintiffs and the defendant respectfully move to extend until January 31, 2005 the time for consummating their settlement under the Court's Settlement Order of Dismissal in this case. In support of this motion, the parties state that the Court's Order, dated December 16, 2004, indicated the action would be dismissed after 30 days, i.e., on January 15, 2005. However, while the parties have agreed in principle to the terms of a settlement, they need additional time to complete the paperwork and to file a Stipulation of Dismissal with Prejudice.

WHEREFORE, the parties respectfully request that the time to consummate the settlement be extended until January 31, 2005.

Dated: January 13, 2005

Respectfully submitted,

The Plaintiffs
MICHAEL J. ATKIN
JUDITH M. ATKIN
By Their Attorney

The Defendant
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON
By Its Attorney

/s/ George W. Marion
George W. Marion, BBO No. 320450
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700, Box 15507
Springfield, MA 01115-5507
Tel. (413) 781-2820
Fax (413) 272-6802

/s/ Richard Paterniti
Richard Paterniti, BBO #645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025