UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSETTS

MICHAEL ATKIN and JUDITH ATKIN

    Plaintiffs,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

    Defendant.

Civil Action No.: 04 – 30106 - KPN

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Michael Atkin and Judith Atkin, and Defendant, Liberty Life Assurance Company of Boston, pursuant to Fed. R. Civ. P. 41(a), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. ATKIN AND JUDITY M. ATKIN<br>By their attorney,<br><br>_____<br>George W. Marion, BBO # 320450<br>BULKLEY, RICHARDSON AND GELINAS, LLP<br>1500 Main Street, Suite 2700, Box 15507<br>Springfield, MA 01115-5507<br>(413) 781-2820<br><br>Dated: 1/14/05 | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br>By their attorneys,<br><br>_____<br>Andrew C. Pickett, BBO #549872<br>Richard W. Paterniti, BBO #645170<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025<br>Dated: 1/26/05 |